**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

MICHAEL T. BENNETT,

            Plaintiff,

  -against-                                    1:15-CV-01165

SERGEANT JEFFREY McCUTCHEON,
PATROLMAN ANDREW MACDONALD,
and CITY OF SCHENECTADY,

            Defendants.
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

### I.   INTRODUCTION

     Defendants move to dismiss Plaintiff's 42 U.S.C. § 1983 claim against the City of Schenectady because the Complaint fails to allege a policy, pattern, or practice causing Plaintiff a deprivation of a federally protected right; and to dismiss Plaintiff's second and fourth causes of action for common-law false arrest and assault & battery, respectively, for failure to comply with General Municipal Law § 50-e(1)(a). Plaintiff's counsel, Lewis B. Oliver, Jr., Esq., responds by affirmation indicating that Plaintiff consents to the dismissal of the City of Schenectady from the first, second, third, fourth, and fifth causes of action, and to dismissal of the second and fourth causes of action in their entirety. Oliver Affirm., ¶ 6.

1

## II. CONCLUSION

Accordingly, Defendants' motion [dkt. # 4] is GRANTED. The City of Schenectady is DISMISSED from the first, second, third, fourth, and fifth causes of action;[1] and the second and fourth causes of action are DISMISSED in their entirety.

**IT IS SO ORDERED.**

**Dated:** December 9, 2015

Thomas J. McAvoy
Senior, U.S. District Judge

---

[1] The City of Schenectady remains a defendant on the sixth cause of action.